AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-203-LPS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Deborah A. Gorman
was received by me on *(date)* 04/29/2016  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Linda Zaveta- Paralegal @4:05pm  , who is
designated by law to accept service of process on behalf of *(name of organization)*  Charles P. Guarino, Esq.
Moser Taboado 1030 Broad St., Shrewsbury, NJ 07702  on *(date)*  04/18/2016  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  04/29/2016

*Server's signature*

Stephen Helgeson- Process Server
*Printed name and title*

73 Martin Drive
Lincroft, New Jersey 07738
*Server's address*

Additional information regarding attempted service, etc: