**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOSEPH G. MCDONOUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 16-203-LPS |
| v. | ) |
| | ) |
| DEBORAH A. GORMAN, BE POSITIVE WORKS, LLC, and B+ FOUNDATION, INC., | ) ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by Plaintiff Joseph G. McDonough and Defendants Deborah A. Gorman, Be Positive Works LLC, and B+ Foundation, Inc. (collectively, "Defendants") that the Defendants' time to answer, move against, or otherwise respond to the Complaint in the above-captioned action shall be extended to and including June 20, 2016.

| POTTER ANDERSON & CORROON LLP | MOSER TABOADA |
|---|---|
| By: */s/ Bindu A. Palapura* <br> Kathleen Furey McDonough (#2395) <br> Bindu A. Palapura (#5370) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> kmcdonough@potteranderson.com <br> bpalapura@potteranderson.com <br><br> *Attorneys for Plaintiff Joseph G. McDonough* | By: */s/ Charles P. Guarino* <br> Charles P. Guarino (#8658) <br> 1030 Broad Street, Suite 203 <br> Shrewsbury, NJ 07702 <br> Tel: (732) 945-9498 <br> cguarino@mtiplaw.com <br><br> *Attorneys for Defendants Deborah A. Gorman, Be Positive Works LLC, and B+ Foundation, Inc.* |

SO ORDERED, this ___ day of _____, 2016

_____
U.S.D.J.

1223633/32200